HAROLD E. HUNT, JR., & others[1] *vs.* BOARD OF APPEALS OF WHITMAN &
another[2]. June 5, 1967. The board of appeals granted a variance to
Jacobs which would permit him to use a building for "research and de-
velopment and manufacture of component parts" in the single residence
A–1 district of the town on the locus, bought by Jacobs in 1964, which
had been part of a tract where, in connection with the residence, a turkey
farm had been operated at and prior to the enactment of the zoning by-
law in 1960. The plaintiffs, who are residents and persons aggrieved by
the decision, appeal under G. L. c. 40A, § 21, as amended through St. 1960,
c. 365. The judge, after hearing, quite rightly annulled the decision of
the board. The board made none of the findings requisite to the granting
of a variance. G. L. c. 40A, § 15. *Barnhart* v. *Board of Appeals of
Scituate*, 343 Mass. 455. *Coolidge* v. *Zoning Bd. of Appeals of Framing-
ham*, 343 Mass. 742, 744–745. The findings of the judge, on the other
hand, show clearly that the board could not make the findings requisite for
a variance. Since all interested parties were before the court and given a
full opportunity to be heard on the merits, and since all substantial issues
have been determined on the merits and the relief granted is in accordance
with G. L. c. 40A, § 21, it is unnecessary to consider the disposition of the
demurrer.

*Decree affirmed.*

*Stephen T. Keefe, Jr.,* for the defendant Edward E. Jacobs.
*Robert J. Cotter* for the plaintiffs.